KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| IN RE: | Case No: **2:24-bk-20311-DS** |
|---|---|
| Hera L Ewing | CHAPTER 13 |
| DEBTOR(S). | **VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION TO DISMISS CASE - DELINQUENCY** |
| | DATE:  10/23/25<br>TIME:  2:00 pm<br>PLACE:  Roybal Building<br>Courtroom 1639 - 16th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S), ATTORNEY OF RECORD, IF ANY, AND ALL INTERESTED PARTIES:

The **TRUSTEE'S MOTION TO DISMISS CASE - DELINQUENCY  [Court Docket #68]  filed on 8/26/25 and scheduled for hearing on 10/23/25  2:00 PM**  in the above captioned Chapter 13 case and served on the debtor(s), counsel for debtor(s), if any, is hereby withdrawn.

Executed at Los Angeles, California on 10/7/25.

_____
Kathy A. Dockery, Chapter 13 Trustee